# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RANDOLPH SHERMAN | ) | Case No:  3:03CR134-06 |
| | ) | USM No:  17886-058 |
| Date of Previous Judgment:  04/10/2007 | ) | Lyle J. Yurko |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:  34 | | Amended Offense Level:  34 | |
| Criminal History Category:  VI | | Criminal History Category:  VI | |
| Previous Guideline Range:  262 to 327 months | | Amended Guideline Range:  262 to 327 months | |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   The defendant is a career offender, therefore, the total offense level and guideline imprisonment range does not change.

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  04/10/2007  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   August 12, 2008

Effective Date: _____
(if different from order date)

*Frank D. Whitney*

Frank D. Whitney
**United States District Judge**